IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
3:32 pm Apr 11 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:18-CR-18 |
| Plaintiff, | ) | |
| v. | ) | JUDGE: DAN AARON POLSTER |
| DIANE VETTORI-CARABALLO, | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses, without prejudice, the Information against Diane Vettori-Caraballo, defendant.

_____
Justin E. Herdman
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
Dan Aaron Polster
United States District Judge

Date: _April 11, 2019_